Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

### District of Nebraska

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Derek Loren Gardiner    **Docket Number:** 8:04CR15 |
| **Sentencing Judge:** | The Honorable Laurie Smith Camp<br>United States District Judge |
| **Date of Original Sentence:** | May 24, 2004 |
| **Original Offense:** | Theft of Public Money<br>18 U.S.C. 641 |
| **Original Sentence:** | 3 years probation |
| **Type of Supervision:** | Probation |
| **Date Supervision Commences:** | May 24, 2004 through May 23, 2007 |

### PETITIONING THE COURT

_X_   To extend the term of supervision for _one (1) year_, for a total term of four (4) years.

___   To modify the conditions of supervision as follows:

### CAUSE

Mr. Gardiner has failed to complete the 150 hours of community service ordered by the court. The extension of his probation will allow him time to complete these hours.

Respectfully submitted,                             Reviewed by,

Karen Bucskbee                                      Mary Lee Ranheim, Supervising
U.S. Probation Technician                           U.S. Probation Officer

GARDINER, Derek Loren
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
Page 2

THE COURT ORDERS

___ No Action

✓ The Extension of Supervision as noted above

___ The Modification of Conditions as noted above

___ Other

_____
The Honorable Laurie Smith Camp
U.S. District Judge

_____5/29/07_____
Date

Prob 49
(Rev 12/00)

# United States District Court

### District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

**I hereby voluntarily waive my statutory right to a hearing. I also agree to an extension of probation for one year for a total of four years under the same terms and conditions.**

Witness: _____  Signed: _____
Derek Loren Gardiner
Offender

Date: 5/23/07